IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) 4:10CR 00294 JLH |
| JAMES LEE MOORE, JR. | ) 21 U.S.C. § 841(a)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about October 8, 2010, in the Eastern District of Arkansas,

JAMES LEE MOORE, JR.

the defendant, knowingly and intentionally possessed with intent to distribute 28 tablets of oxycodone, a Schedule II controlled substance, in violation of Title 21, U.S.C. § 841(a)(1).

End of Text. Signature page attached.