UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 4:10CR0294-01  JLH |
| | ) | |
| JAMES LEE MOORE JR. | ) | DEFENDANT |

**DEFENDANT'S  SENTENCING  MEMORANDUM**

The Defendant, James Lee Moore Jr., by his lawyer, Omar F. Greene, for this Motion pursuant to 18 U.S.C. § 3553(a), states:

1. The Defendant, Mr. Moore, pleaded guilty to conspiracy with intent to possess with intent to distribute prescription drugs illegally. He is scheduled for sentencing tomorrow,

2. Mr. Moore has only one objection to the presentence report (PSR). Paragraph 2 of the PSR states that Mr. Moore was involved in the offense from January 2007 through October 8, 2010. He asserts that the time period should be January 2009 through October 8, 2010.

3. At the sentencing hearing, a downward variance will be sought based upon information that will be provided during the hearing. Factors will include Mr. Moore's sincere remorse and how he has demonstrated that remorse, dedication to his child, and other mitigating factors. Mr. Moore also would ask

that the Court recommend his participation in the intensive, "RDAP" drug program and that he be imprisoned as close to Little Rock, Arkansas, as possible.

WHEREFORE, the Defendant, James Lee Moore Jr., respectfully requests that upon hearing the mitigating sentencing factors presented during the sentencing hearing, the Court would grant this Motion and for all other proper relief.

        Respectfully submitted,

        JENNIFFER HORAN
        FEDERAL DEFENDER

By:   /s/ Omar F. Greene
        Omar F. Greene, Asst. Defender
        Bar Number 89004
        The Victory Building, Suite 490
        1401 West Capitol Avenue
        Little Rock, AR 72201
        (501) 324-6113
        E-mail: omar_greene@fd.org

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 15th day of February, 2012, I have mailed a copy of this motion by first-class mail to the Defendant and electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Patricia Sievers Harris
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: tricia.harris@usdoj.gov.

Also, counsel will provide a copy of this motion to United States Probation Officer Jay Baker Hudson.

               /s/ Omar F. Greene
                Omar F. Greene