PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 22 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Lee Moore, Jr.          Case Number: 4:10CR00294-01 JLH

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                       United States District Judge

Original Offense:   Conspiracy to Possess With Intent to Distribute and to Distribute Oxycontin

Date of Sentence:   February 16, 2012

Original Sentence:  63 months custody Bureau of Prisons, 3 years supervised release, mandatory drug screening, substance abuse treatment, DNA collection, and $100 special penalty assessment

| Type of Supervision: | Supervised release | Date Supervision Commenced: June 3, 2014 |
|---|---|---|
| | | Date Supervision Expires: June 2, 2017 |

| U.S. Probation Officer: Tiffani D. Dabney | Asst. U.S. Attorney: Patricia Harris | Defense Attorney: Latrece Gray |
|---|---|---|

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

The defendant shall undergo a mental health evaluation, as directed by the U.S. Probation Office, and undergo mental health treatment as deemed necessary.

## CAUSE

On September 17, 2014, Mr. Moore reported a history of mental health issues and agreed to have his conditions of supervised release modified accordingly. On October 1, 2014, Assistant Federal Public Defender Latrece Gray was contacted telephonically to review the waiver of hearing to modify conditions of supervised release with Mr. Moore. On the same date, Mr. Moore signed a Prob 49, waiver of hearing to modify conditions of supervised release form, agreeing to the modification.

Prob 12B  -2-  Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender

Name of Offender: James Lee Moore, Jr.       Case Number: 4:10CR00294-01 JLH

_____       _____
Tiffani D. Dabney                             Patricia Harris
U.S. Probation Officer                        Assistant U.S. Attorney

Date: October 22, 2014                        Date: 10/22/14

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

October 22, 2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender Latrece Gray, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney Patricia Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall undergo a mental health evaluation, as directed by the U.S. Probation Office, and undergo mental health treatment as deemed necessary.

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

10/1/14
DATE

_____
Asst. Federal Defender

10/2/14