**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                        NO. 4:10CR00294-01 JLH

JAMES LEE MOORE, JR.                                                      DEFENDANT

**ORDER**

      Defendant James Lee Moore, Jr., appeared before the duty magistrate judge on March 28, 2016, for an initial appearance following his arrest on March 25, 2016. The defendant was given a supervised release revocation hearing date of March 30, 2016, at 2:00 p.m., at which time the Court would address the pending motion to revoke.

      The Court has been informed that prior to his initial appearance before the duty magistrate, the defendant tested positive for methamphetamine and THC, and remains positive following a drug test this morning. Therefore, the revocation hearing set for this afternoon is hereby CONTINUED.

      The United States Probation Office is directed to continue testing defendant and notify the Court when the tests are negative. The revocation hearing will be reset at that time.

      IT IS SO ORDERED this 30th day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE