**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                             NO. 4:10CR00294-01 JLH

JAMES LEE MOORE, JR.                                                        DEFENDANT

<u>**ORDER**</u>

On March 25, 2016, James Lee Moore, Jr., was arrested on a warrant for violations of conditions of supervised release.  Prior to defendant's appearance before the duty magistrate, he tested positive for controlled substances.  The defendant was remanded to the custody of the United States Marshal until such time as he tested negative.  The Court has now been informed by the United States Probation Officer that defendant's drug test is negative.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke supervised release is hereby scheduled to begin on **MONDAY, APRIL 11, 2016, at 3:15 p.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked.  Document #158.

IT IS SO ORDERED this 6th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE